JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN GRIMSTAD, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FCA US LLC, et al.,<br><br>　　　Defendants. | Case No. 8:16-cv-00763-JVS-E<br><br>Hon. James V. Selna<br><br>**JUDGMENT** |

This action came before the Court on December 3, 2018, on a Motion for Summary Judgment by Defendant FCA US LLC, the Hon. James V. Selna, United States District Court Judge, presiding.

Pursuant to the December 3, 2018 Order granting Defendant FCA US LLC's Motion for Summary Judgment against Plaintiffs Lynn Grimstad and Mara Manuel, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of the claims asserted in this case by Plaintiff Lynn Grimstad and Plaintiff Mara Manuel are dismissed with prejudice, that Plaintiffs shall take nothing, and that Defendant FCA US LLC shall have judgment against Plaintiffs on all claims.

Dated: December 13, 2018

_____
Hon. James V. Selna
United States District Court Judge